# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

MILAGROS VALLE

                        Plaintiff,

v.

                                                    Case No.:
                                                    2:21−cv−18546−SRC−JBC

                                                    Judge Stanley R. Chesler

BROADRIDGE FINANCIAL
SOLUTIONS, INC.

                        Defendant.

## 45 DAY EXTENSION OF DEADLINE FOR REQUEST TO REOPEN

It having been reported to the Court that the above−captioned action has been settled,

**IT IS** on this 17TH day of January, 2025,

**ORDERED** that this action and any pending motions remain administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within 45 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 45−day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

s/Stanley R. Chesler, U. S. D. J    1/17/2025
STANLEY R. CHESLER United States District Judge