**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILAGROS VALLE, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROADRIDGE FINANCIAL SOLUTIONS, INC.,<br><br>Defendant. | No. 2:21-cv-18546<br><br><br><br>**NOTICE OF MOTION** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval") and in the Declaration of Dana M. Cimera in Support of Plaintiff's Motion for Preliminary Approval ("Cimera Declaration"), and based on the pleadings and proceedings heretofore had herein, Plaintiff respectfully moves the Court, before the Hon. Stanley R. Chesler, United States District Judge, in the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, on a return date to be set by the Court, to enter an Order:

(1) granting preliminary approval of the Settlement Agreement, attached as **Exhibit A** to the Cimera Declaration;

(2) conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a); and (b)(3) for purposes of effectuating the settlement:

All current and former day rate workers who were retained by Business

FIRM:67345358v1

Talent Group, LLC, Continental Advisors LLC, E-Discovery Digital LLC, Innova Solutions Inc., MTM Business Solutions, d/b/a The Novius Group, and/or SilverSearch, Inc. to perform work on projects for Broadridge Financial Solutions Inc. between August 9, 2019 and November 1, 2024.

(3) appointing Fitapelli & Schaffer, LLP and Bruckner Burch PLLC as Class Counsel;

(4) approving Plaintiff's Notice of Class and Collective Action Lawsuit Settlement and Fairness Hearing, attached as **Exhibit B** to the Cimera Declaration;

(5) granting preliminary approval of the retention of Rust Consulting to administer the settlement process and distribute the Notice of Class and Collective Action Lawsuit Settlement and Fairness Hearing;

(6) approving Plaintiff's proposed schedule for final settlement approval; and

(7) granting such other, further, or different relief as the Court deems just and proper.

\* \* \*

Plaintiff has contemporaneously submitted a Proposed Order, attached as **Exhibit D** to the Cimera Declaration, for the Court's convenience.

Dated: New York, New York
April 3, 2025

Respectfully submitted,

*/s/ Dana M. Cimera*
Dana M. Cimera

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli\*
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

**AND**

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch\*

                Texas Bar No. 24001807
                8 Greenway Plaza, Suite 1500
                Houston, Texas 77046
                713-877-8788 – Telephone
                713-877-8065 – Facsimile
                rburch@brucknerburch.com

*\*Admitted pro hac vice*

*Attorneys for Plaintiff and
the Putative Class*