**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILAGROS VALLE, individually, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 2:21-cv-18546-SRC |
| v. | |
| BROADRIDGE FINANCIAL SOLUTIONS, INC., | |
| Defendant. | |

## ORDER GRANTING PRELIMINARY APPROVAL OF
## CLASS AND COLLECTIVE ACTION SETTLEMENT

1. Based on the submissions by Plaintiff, the Court grants conditional approval of the Settlement reached between the parties as set forth in their Settlement Agreement.

2. The Court provisionally certifies the requested Class under Fed. R. Civ. P. 23(a) and (b)(3) for settlement purposes only.

3. The Court appoints Fitapelli & Schaffer, LLP and Bruckner Burch PLLC as Class Counsel.

4. The Court appoints Rust Consulting as the Settlement Claims Administrator.

5. The Court approves the proposed Class Notice and directs its distribution to the Class.

6. The Court's conditional approval of the settlement shall be deemed final within 120 days of issuance, unless a Class Member submits an objection to the settlement, the Court exercises its discretion to hold a fairness hearing, or otherwise requests further briefing from the parties.

It is so ORDERED this 7th day of April, 2025.

*/s/ Stanley R. Chesler*
Hon. Stanley R. Chesler, U.S.D.J.